IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEFFREY N. RUBIN,

    Plaintiff,

v.                                CASE NO.  1:16-cv-00201-KG-SCY

EQUIFAX INFORMATION SERVICES,
LLC, TRANSUNION, LLC, EXPERIAN
INFORMATION SERVICES, INC.,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS COURT, having been presented with the Stipulated Motion to Dismiss this matter on the representation of counsel for all remaining parties that the matter has been settled in its entirety, and having reviewed the file in this case and otherwise being fully advised in the premises, finds the Motion well-taken and should be GRANTED.

This case is dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT

Submitted by:

    *s/B. Kay Shafer*
Attorney for Jeffrey N. Rubin


So stipulated:

    *s/Kendall Carter (via email)*      *s/Rodney Schlagel  (via email)*
Attorney for Equifax Information Services, LLC    Attorney for TransUnion, LLC